# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Laser Ammo, Ltd. | Case No.: 24-cv-09053 |
| Plaintiff, | |
| v. | Judge: Hon. Franklin U. Valderrama |
| The Partnerships and Unincorporated Associations Identified in Schedule "A", | Magistrate: Hon. Heather K. McShain |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notifies this Court that the Plaintiff voluntarily dismisses **with prejudice** any and all claims against the following defendants:

| Doe # | Seller Name | Seller ID |
|---|---|---|
| 49 | ebojo/e-bojo | ebojo |
| 114 | jinsehaiwan | 58021cf9a6aec71d359b40be |

Dated: November 15, 2024

Respectfully submitted,

By: /s/ Kevin Keener
Kevin Keener
ARDC # 6305871
Keener and Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 945-8540
Kevin.keener@keenerlegal.com